# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel E. Peirce                      CHAPTER 13

            Debtor(s)

                                                   BKY. NO. 17-12573 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Pennymac Loan Services and index same on the master mailing list.

                                     Respectfully submitted,

                             /s/ *Rebecca Solarz*
                             Rebecca Solarz
                             21 Oct 2021, 16:22:17, EDT

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322