Certificate Number: 14912-PAE-DE-036446604

Bankruptcy Case Number: 17-12573



14912-PAE-DE-036446604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2022, at 3:06 o'clock PM EDT, Daniel Peirce completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 3, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor