United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel E. Peirce  
    Debtor

Case No. 17-12573-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 13, 2022      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel E. Peirce, 52 Spring Lane, Levittown, PA 19055-2004 |
| 13900214 | | David J. Apothaker, Esq., 520 Fellowship Road Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 13900218 | + | Pennsylvania Auto Cred, 164 Lincoln Hwy Ste 103, Fairless Hills, PA 19030-1000 |
| 13921209 | + | Pennsylvania Auto Credit, 164 Lincoln Hwy Suite 103, Fairless Hills, PA 19030-1000 |
| 14553670 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14644571 | + | Pennymac Loan Services, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14644972 | + | Pennymac Loan Services, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13900211 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2022 23:47:00 | Americredit Financial Services Inc, 801 Cherry Street, Fort Worth, TX 76102 |
| 13919617 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2022 23:47:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13904615 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2022 23:47:00 | AmeriCredit Financial Services, Inc. dba GM Financ, c/o Mandy Youngblood, P O Box 183853, Arlington, TX 76096-3853 |
| 13900212 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 13 2022 23:47:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 13901663 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 13 2022 23:47:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 13900213 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2022 23:47:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 13900215 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 13 2022 23:47:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 13900216 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2022 23:47:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13978591 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2022 23:54:54 | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE 200, MOORPARK, CA 93021-2602 |
| 13902939 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 13 2022 23:54:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13900219 | + | Email/PDF: ebnotices@pnmac.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

|  |  |  | Jun 13 2022 23:54:51 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
|---|---|---|---|---|
| 14195130 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 23:54:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, Attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 13948631 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2022 23:54:52 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13900210 | | Americredit Financial Services |
| 13900217 | | Harley-Davidson Credit Corp |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 15, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JAMES A. PROSTKO | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Pennymac Loan Services LLC bankruptcy@powerskirn.com |
| JOHN M. KENNEY | on behalf of Debtor Daniel E. Peirce jken330@comcast.net Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 13, 2022 | Form ID: 138OBJ | Total Noticed: 22

on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel E. Peirce

      Debtor(s)                                  Case No: 17−12573−elf

                                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                        Suite 400
                                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/13/22

92 − 86<br>
Form 138OBJ