**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Daniel E. Peirce |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Eastern District of Pennsylvania |
| Case number | 17-12573 ELF |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC         **Court claim no.** (if known):  5-1

**Last 4 digits** of any number you use to identify the debtor's account:  5083

**Date of payment change:** Must be at least 21 days after date of this notice   06/01/2021

**New total payment:** $ 1,262.34
Principal, interest, and escrow, if any

**Part 1:  Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 638.34      **New escrow payment:** $ 620.88

**Part 2:  Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: _____       New principal and interest payment: $ _____

**Part 3:  Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No.
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____        New mortgage payment: $ _____

Official Form 410S1           Notice of Mortgage Payment Change           page 1

| Debtor 1 | Daniel | E. | Peirce | Case number (if known) | 17-12573 ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  **/s/ Jill Manuel-Coughlin, Esquire**
Signature

Date  04/27/2021

Print: Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq.
First Name    Middle Name    Last Name

Title: Attorney

Company: Powers Kirn, LLC

Address: 8 Neshmainy Interplex, Suite 215
Number    Street

Trevose, PA  19053
City    State    ZIP Code

Contact phone: 215-942-2090

Email: bankruptcy@powerskirn.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Daniel E. Peirce<br><br>Debtor(s) | Case No.: 17-12573 ELF |
|---|---|
| PennyMac Loan Services, LLC<br><br>        v.<br>Daniel E. Peirce<br><br>Movant<br><br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 27, 2021.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

William C. Miller
1234 Market Street, Suite 1813
Philadelphia PA  19107
ecfemails@ph13trustee.com
Trustee

John M. Kenney, Esquire
308 North Oxford Valley Road
Fairless Hills, PA  19030
jken330@comcast.net
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Daniel E. Peirce
52 Spring Lane
Levittown PA   19055
Debtor

Dated:  April 27, 2021

**/s/ Jill Manuel-Coughlin, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant